UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-3416-SBP

EXPERT PROPERTY MANAGEMENT LLC, a Wyoming limited liability company,

    Plaintiff,

  v.

DENNIS MCLIN,

ALLISON MCLIN,

MCLIN COMMERCIAL BROKERAGE, LLC, a Colorado limited liability company; and

4402 KANO LLC, a Colorado limited liability company

    Defendants.

## MOTION TO AMEND COMPLAINT

Pursuant to Federal Civil Rule 15(a)(1)(B) plaintiff Expert Property Management, LLC moves the court to amend its complaint. This is a second filing of this motion after a previous version was stricken due to the proposed amended complaint not including the underlining and striking of amendments, whereas Plaintiff's motion was timely, as no responsive answer to the complaint has been filed, nor had 21 days passed since the filing of a motion under Rule 12(b).

The amended complaint is being filed contemporaneously with this motion.

CONCLUSION

For the reasons stated above, the Plaintiff respectfully requests that this Court grant plaintiff's motion to withdraw the motion.

Dated this 6th day of April 2024.

                              HOKE LAW

        Attorney for Plaintiff

        ____/s/*Christopher V. Hoke*_____
        Christopher V. Hoke

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2024, that the foregoing document was filed electronically with the Clerk of Court through the court's CM/ECF system which will send notification of the filing to the following email addresses:

aaron@achievelawgroup.com

        _/s/Christopher V. Hoke_____
        Counsel for Plaintiff