IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 23-cv-03416-GPG-SBP

EXPERT PROPERTY MANAGEMENT LLC,
   *A Wyoming limited liability company,*

   Plaintiff,

v.

DENNIS MCLIN,
ALLISON MCLIN,
MCLIN COMMERCIAL BROKERAGE LLC,
   *A Colorado limited liability company,*
4402 KANO LLC,
   *A Colorado limited liability company*,

   Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 46] entered by Judge Gordon P. Gallagher on March 10, 2025, it is

ORDERED that Defendants' Motion to Dismiss for Lack of Jurisdiction and for Release of Notice of Lis Pendens [D. 21] is GRANTED IN PART. It is

FURTHER ORDERED that case is DISMISSED for lack of jurisdiction. It is

FURTHER ORDERED that the lis pendens is released. It is

FURTHER ORDERED that the Defendants may separately, after full conferral, move for attorney fees and costs. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

This case will be closed.

Dated at Grand Junction, Colorado this 10th day of March 2025

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:   s/D. Clement
                D. Clement
                Deputy Clerk